TIEGA-NOEL VARLACK, Esq. (SBN 248203)
VARLACK LEGAL SERVICES
225 W. Winton Avenue, Suite 202A
Hayward, CA 94544

TELEPHONE: 510.636.0262
FACSIMILE:  510.397.2997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORZELL LONG,<br>        Plaintiff,<br><br>        vs.<br><br>CITY OF SAN FRANCISCO,<br>        Defendants | Case No.: C 12-01424 JCS<br><br>**SUBSTITUTION OF COUNSEL -<br>ERRATA** |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT: Plaintiff Orzell Long previously filed a Substitution of Counsel but excluded address and contact information.  This serves to notify all parties that the Plaintiff, Orzell Long, is currently represented by Orzell Long, in pro per, and can be contacted at:

Orzell Long
206 Blythdale Avenue
San Francisco, CA 94134
415-305-1390

Dated:  June 1, 2012

Dated: June 5, 2012

IT IS SO ORDERED

Judge Joseph C. Spero

Varlack Legal Services

    /s/ Tiega_Noel Varlack
Tiega-Noel Varlack

1

**SUBSTITUTION OF COUNSEL - ERRATA**