**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORZELL LONG,                                        Case No. C12-01424 JCS

        Plaintiff(s),

    v.                                              **ORDER RE: ASSISTED MEDIATION
PROGRAM REFERRAL**

CITY OF SAN FRANCISCO,

        Defendant(s).

_____/

      This matter has been referred to the Court's Assisted Mediation Program to assist in an Early

Neutral Evaluation (ENE).  Plaintiff is directed to contact the Federal Legal Help Center, which

administers the Assisted Mediation Program, within seven (7) days of the date of this order.

      The contact information for the Federal Legal Help Center is as follows:

                450 Golden Gate Ave, 15th Floor, Rm. 2796

                San Francisco, CA 94102

                415-782-9000, extension 8657

      IT IS SO ORDERED.

Dated:  July 18, 2012

_____

JOSEPH C. SPERO
United States Magistrate Judge