UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Orzell Long,<br>           Plaintiff(s),<br><br>      vs.<br><br>City & County of San Francisco, et al.<br>           Defendant(s). | )<br>)<br>) Case Number: 3:12-cv-1424 JCS<br>)<br>) ORDER APPOINTING COUNSEL<br>)<br>)<br>)<br>) |

    Because Orzell Long, Plaintiff, has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Christopher W. Keegan of Kirkland & Ellis, is hereby appointed as counsel for Orzell Long, Plaintiff, in this matter.

    The scope of this referral shall be for:

      ☐  all purposes for the duration of the case

      X  the limited purpose of representing the litigant in the course of

          ☐  mediation

          X  early neutral evaluation

          ☐  settlement conference

          ☐  briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
          _____

          ☐  discovery as follows:
          _____
          _____

          ☐  other:
          _____
          _____

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES

      Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

      IT IS SO ORDERED.

Dated:  Sept. 14, 2012

                                       Joseph C. Spero

                                       United States Magistrate Judge